April 26, 2016IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 5:16-CV-34-RLV-DSC

BETTY W. SHAVER,

  Plaintiff,

 v.

HARVEST MANAGEMENT SUB TRS CORP., HICKORY RETIREMENT RESIDENCE, LLC, and HARVEST MANAGEMENT SUB, LLC d/b/a HOLIDAY RETIREMENT,

  Defendants.

## ORDER

**THIS MATTER** comes before the Court on the parties' Joint Motion for Stay Pending Arbitration. Having reviewed the Motion and conferred with the chambers of the Honorable Richard L. Voorhees,

**IT IS ORDERED** that the Joint Motion for Stay Pending Arbitration is **GRANTED**, and all proceedings in this matter are **STAYED** pending arbitration of the Plaintiff's claims.

 **SO ORDERED**.

       April 26, 2016

_____
David S. Cayer
United States Magistrate Judge